Tyler J. Anderson, ISB No. 6632
Bradlee R. Frazer, ISB No. 3857
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208.954.5217
Email: tanderson@hawleytroxell.com
         bfrazer@hawleytroxell.com

Attorneys for Plaintiff FM-Products, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FM-PRODUCTS, INC., an Idaho Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FN AMERICA, LLC, an South Carolina Limited Liability Company,<br><br>Defendants, | Case No. _____<br><br>COMPLAINT FOR DECLARATORY RELIEF |

Plaintiff FM-Products, Inc. ("Plaintiff"), by and through its undersigned counsel of record Hawley Troxell Ennis & Hawley LLP, pursuant to Federal Rules of Civil Procedure 8 and 57 and 28 U.S.C. Section 2201, states, alleges, and avers against Defendant FN America, LLC ("Defendant"), as follows:

COMPLAINT FOR DECLARATORY RELIEF - 1

## PARTIES

1. Plaintiff FM-Products, Inc. is a corporation organized and existing under the laws of the State of Idaho, engaged in business manufacturing and selling firearms and accessories, and has its principal place of business in Ada County, Idaho.

2. Defendant FN America, LLC is a limited liability company headquartered in Columbia, South Carolina.

## JURISDICTION AND VENUE

3. Jurisdiction is proper in this Court because the current litigation arises under federal law, namely 15 U.S.C. § 1051 (the "Lanham Act"). This Court has jurisdiction over this action under 28 U.S.C. § 1131 (federal question); 28 U.S.C. § 1338(a) (trademarks); and 28 U.S.C. § 2201 (Declaratory Judgment Act).

4. Venue is proper under 28 U.S.C. §§ 1391.

5. An actual case or controversy has arisen between the parties. Defendant has threatened litigation to "vigorously pursue all equitable and legal remedies" against Plaintiff by letter dated December 22, 2021, attached hereto as **Exhibit 1**. A declaratory judgment by this Court would terminate this actual case and controversy.

## GENERAL FACTUAL ALLEGATIONS

6. Plaintiff manufactures firearms and accessories and offers its products through online dealers, including Magill's Glockstore, AIM Surplus, Brownells, and Primary Arms.

7. Plaintiff also features its products on social media platforms such as Facebook, Instagram, and YouTube.

8.      Since at least as early as 2016, Plaintiff has used the marks "Foxtrot Mike" and "Foxtrot Mike Products."  Plaintiff has a well-established common law trademark "Foxtrot Mike," and such mark appears on Plaintiff's website at https://www.fm-products.com.



9.      Since at least as early as 2016, Plaintiff has purchased business cards, signs, banners, flags, domain names, websites, apparel, and other marketing materials advertising its products using its mark Foxtrot Mike Products.

10.     For many of its products, Plaintiff uses the initialism "FM" to designate and identify product model numbers for such products' source, Foxtrot Mike Products.

11.     Plaintiff received a letter dated December 22, 2021, from Defendant's counsel alleging that Plaintiff's use of the initialism "FM" constitutes trademark infringement and unfair competition under the Lanham Act, 15 U.S.C. § 1125.  *See* **Exhibit 1.**  Defendant claimed that it owns rights to certain "FN" trademarks and that Plaintiff's use of the initialism "FM constituted trademark infringement.  *Id.*

12.     Defendant demanded that: (1) Plaintiff immediately cease using any "FM" marks in connection with firearms, firearm parts, ammunition, and related products; (2) Plaintiff remove all marks from its website and all distributors listed on Plaintiff's website; and (3) Plaintiff destroy any packaging, tags, advertisements, or other marketing materials, whether physical, electronic, or online that use the initialism FM, FM 9, FM 45, and FM 15.  *Id.*

## CLAIM FOR RELIEF

### (Declaratory Judgment of No Trademark Infringement)

13. Plaintiff incorporates by reference the allegations contained in Paragraphs 1 through 12 of this Complaint.

14. Defendant has claimed that Plaintiff's use of the initialism "FM" to identify Plaintiff's product model numbers creates consumer confusion and amounts to trademark infringement and unfair competition under the Lanham Act.

15. An actual controversy has arisen between Plaintiff and Defendant concerning the parties' marks.

16. Plaintiff seeks declaratory judgment from this Court that (1) its use of the initialism "FM" (standing for "Foxtrot Mike") as a mere model name does not constitute actionable trademark use because "FM" is not performing a source identification function(2) absent "trademark use," there can be no trademark infringement as alleged by Defendant's December 22, 2021 letter; and (3) in the alternative, Defendant's claims are barred under the laches doctrine because Defendant has clearly been aware of Plaintiff's use of the initialism "FM" since at least as early as 2016 and it has taken no action to enforce its marks. Defendant's failure to timely act now estops Defendant from asserting its claims because its five years of inaction caused Plaintiff to detrimentally rely on its acquiescence.

### REQUEST FOR ATTORNEY'S FEES

Plaintiff hereby requests that it be awarded its costs and attorney's fees incurred in bringing this action pursuant to applicable law, including but not limited to 15 U.S.C. § 1117(a).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

1. Enter judgment according to the declaratory relief sought.

2. Award Plaintiff its costs and attorney's fees in this action.

3. Enter such other further relief to which Plaintiff may be entitled as a matter of law or equity, or which the Court determines to be just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff hereby demands a jury trial on all issues so triable.

Dated: December 29, 2021.                HAWLEY TROXELL ENNIS & HAWLEY LLP


By: */s/ Tyler J. Anderson*
    Tyler J. Anderson, ISB No. 6632
    Attorneys for Plaintiff FM-Products, Inc.

**EXHIBIT ONE**

COMPLAINT FOR DECLARATORY RELIEF - 6

82002.0004.14390915

# WILLIAMS MULLEN

<u>VIA U.S. MAIL AND ELECTRONIC MAIL</u>
paul@fm-products.com
info@fm-products.com

December 22, 2021

FM-Products, Inc.
Paul Noonan
11969 W, Tioga St.
Boise, ID 83709

RE: <u>Infringement of FN America's Intellectual Property</u>

Dear Mr. Noonan:

This firm represents FN America, LLC ("FN" or "Our Client"), a U.S. subsidiary of FN Herstal. FN owns all rights in numerous "FN" trademarks in the United States and abroad, including federal U.S. trademark registrations for FN, Registration No. 4531259; FN (Stylized), Registration No. 0588170; FN 15, Registration No.5202911; and FN 16, Registration No. 5465457, as they are used in connection with firearms and parts thereof, as well as firearm ammunition (collectively, the "FN Marks").

FN and its predecessors have used certain FN Marks globally for over a century since the company's inception in 1889. FN is a leader in the firearms manufacturing industry and its FN Marks are well known. Through continued use and registration of its FN Marks over the years, FN has acquired tremendous goodwill in the FN Marks. FN has expended substantial resources on promoting its "FN" brand, and the FN Marks are one of Our Client's most valuable assets.

As you may be aware, FN sells numerous firearms and firearms parts under its registered FN and FN 15 marks (evidence of which is attached hereto as Exhibit A). FN's products, including several of its FN 15 firearms and parts thereof, are sold by firearms distributors such as Brownells (evidence of FN 15 firearms being offered for sale on Brownells' website is attached hereto as Exhibit B). Our Client's FN 15 mark has been in use in commerce in the U.S. since at least as early as 2013, while other FN Marks have been in use since the 1920's. Customers have come to understand and expect a certain level of quality for products featuring the FN Marks, including FN 15 firearms and firearm parts.

We have recently learned that FM-Products, Inc., through its Foxtrot Mike brand (hereinafter "you" or "Foxtrot Mike"), is selling firearms using "FM" marks. Specifically, you are selling firearms using the term "FM 15." Such FM 15 firearms are being offered to customers via several firearms distributors' websites, including the same Brownell's website where Our Client's FN 15 firearms are being offered for sale (evidence of which is attached hereto as Exhibit C). When used in connection with firearms, firearms parts, ammunition, and related products, "FM" marks are confusingly similar to Our Client's protected FN Marks.

Further, your "FM" products are being sold via the same trade channels as FN's firearms and similar products being sold under the FN Marks. Your use of the term "FM," including the

## WILLIAMS MULLEN

FM 15 mark, is highly likely to cause confusion with Our Client's FN Marks, including its FN 15 Mark, when used in connection with the underlying goods. Your use of the term "FM" and the FM 15 mark trades off the reputation and goodwill associated with the FN Marks, specifically the FN 15 mark, and Our Client's well known FN Brand, generally. Thus, your actions create consumer confusion in the marketplace and cause irreparable harm to FN's rights in its FN Marks. Your use of the "FM" marks amounts to, at least, trademark infringement and unfair competition under the Lanham Act, 15 U.S.C. §1125.

In an effort to resolve this matter as expeditiously and efficiently as possible, FN demands the following: (i) that you, and any party acting in concert with you, immediately cease using and agree to refrain from using at any point in the future any "FM" marks in connection with firearms, firearm parts, ammunition, and related products, including but not limited to the following marks and any version thereof, or any other marks that are confusingly similar to the FN Marks:

- FM
- FM 9
- FM 45
- FM 15

(ii) that you, and any party acting in concert with you, remove all use of the above marks in connection with firearms, firearms parts, ammunition, and related products from your website, Brownells' website, and from any other firearms distributors' websites, including but not limited to the distributors that are listed at https://fm-products.com/dealers/; and (iii) that you, and any party acting in concert with you, destroy any packaging, tags, advertisements, or other marketing materials, whether physical copies, electronic, or online, that use the above marks in connection with firearms, firearms parts, ammunition, and related products.

It is our hope that FN and Foxtrot Mike may resolve this matter in an expeditious and efficient manner. Please provide your written certification by **January 3, 2022** that you will comply with these demands in no longer than the next thirty (30) days. If you do not agree to the foregoing demands or we do not hear from you, we will have no choice but to recommend that FN vigorously pursue all equitable and legal remedies.

Please note that this letter does not constitute a complete statement of FN's rights and that FN reserves all rights without any prejudice to any such rights. Further, we expressly reserve all rights accorded to FN arising under federal and state statutory and common law, including FN's right to seek, to the extent permitted by law, injunctive relief, damages, and attorneys' fees.

Sincerely,

Robert C. Van Arnam

cc:    Counsel for FN

Attachments

2



Exhibit A
FN America's website featuring its FN 15 products at https://fnamerica.com/rifles/fn-15-series/, accessed 12/22/2021.

3

COMPLAINT FOR DECLARATORY RELIEF - 9

82002.0004.14390915

# WILLIAMS MULLEN

### Exhibit B

FN America's FN 15 firearm for sale on Brownells' website at https://www.brownells.com/firearms/rifles/semi-auto/fn15-srp-g2-5-56-prod140473.aspx, accessed 12/22/2021.



4

COMPLAINT FOR DECLARATORY RELIEF - 10

82002.0004.14390915

## WILLIAMS MULLEN

### Exhibit C

Foxtrot Mike's FM-15 firearm for sale on Brownells' website at https://www.brownells.com/firearms/rifles/semi-auto/fm-15-223-rifle-with-folding-zhukov-stock-prod144110.aspx, accessed 12/22/2021.



5

COMPLAINT FOR DECLARATORY RELIEF - 11

82002.0004.14390915